AO 257 (Rev. 6/78)

E-filing

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Imprisonment: 20 years
Fine: $250,000
Supervised release: 3 years
Special assessment: $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S ----

▶ CRUZ HUMBERTO ALEJANDRE-CORONA,

DISTRICT COURT NUMBER

CR08-482 CW

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Christine Y. Wong, AUSA

---- DEFENDANT ----

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☒ On another conviction  } ☐ Federal  ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes   } If "Yes" give date
been filed?   ☐ No       filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☒ WARRANT   Bail Amount: ~~NO BAIL~~

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR08-482 CW

CRUZ HUMBERTO ALEJANDRE-CORONA,
a/k/a Cruz Corona, a/k/a Cruz U. Alejandre,
a/k/a Roberto Ramerez, a/k/a Alejandre Cruz,
a/k/a Roberto Ramirez, a/k/a Cruz Alejandre,
a/k/a Alberto Rodrigo Ramirez, a/k/a Marcosa Ramirez,
a/k/a Cruz H. Alejandre, a/k/a Cruz Humberto Alejandre,
a/k/a Marco Ramirez, a/k/a Marco Aureli Ramirez,
a/k/a Cruz Alesandre, a/k/a Santiago H. Cordova,

DEFENDANT(S).

---

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States

A true bill.

_____ Foreman

Filed in open court this 23RD day of JULY 2008.

_____ Clerk

Bail, $ No process

Wayne D. Brazil  7/23/08

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CRUZ HUMBERTO ALEJANDRE-CORONA,<br>          a/k/a Cruz Corona,<br>          a/k/a Cruz U. Alejandre,<br>          a/k/a Roberto Ramerez,<br>          a/k/a Alejandre Cruz,<br>          a/k/a Roberto Ramirez,<br>          a/k/a Cruz Alejandre,<br>          a/k/a Alberto Rodrigo Ramirez,<br>          a/k/a Marcosa Ramirez,<br>          a/k/a Cruz H. Alejandre<br>          a/k/a Cruz Humberto Alejandre,<br>          a/k/a Marco Ramirez,<br>          a/k/a Marco Aureli Ramirez,<br>          a/k/a Cruz Alesandre,<br>          a/k/a Santiago H. Cordova,<br><br>          Defendant. | Criminal No. CR 08-482 CW<br><br>VIOLATION: 8 U.S.C. §§ 1326(a) and (b) --<br>Deported Alien Found In United States<br><br>OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

1.     Prior to October 1, 2003, defendant CRUZ HUMBERTO ALEJANDRE-

INDICTMENT

1  CORONA was convicted of at least one felony crime punishable by a term of imprisonment
2  exceeding one year.
3       2.    On or about October 1, 2003, defendant CRUZ HUMBERTO ALEJANDRE-
4  CORONA was removed, excluded, and deported from the United States.
5       3.    After October 1, 2003, defendant CRUZ HUMBERTO ALEJANDRE-CORONA
6  knowingly and voluntarily reentered and remained in the United States.
7       4.    On or about July 8, 2008, in the Northern District of California, the
8  defendant,

CRUZ HUMBERTO ALEJANDRE-CORONA,
a/k/a Cruz Corona,
a/k/a Cruz U. Alejandre,
a/k/a Roberto Ramerez,
a/k/a Alejandre Cruz,
a/k/a Roberto Ramirez,
a/k/a Cruz Alejandre,
a/k/a Alberto Rodrigo Ramirez,
a/k/a Marcosa Ramirez,
a/k/a Cruz H. Alejandre
a/k/a Cruz Humberto Alejandre,
a/k/a Marco Ramirez,
a/k/a Marco Aureli Ramirez,
a/k/a Cruz Alesandre,
a/k/a Santiago H. Cordova,

17 an alien, was found in the United States without having obtained the express consent of the
18 Attorney General or the Secretary of the Department of Homeland Security to reapply for
19 admission into the United States, in violation of Title 8, United States Code, Sections 1326(a)
20 and (b).

INDICTMENT                                2

1 | DATED:     July 23, 2008           A TRUE BILL

                                       /s/
                                       FOREPERSON

5 | JOSEPH P. RUSSONIELLO
    United States Attorney

    /s/
    W. DOUGLAS SPRAGUE
    Chief, Oakland Branch

10 | (Approved as to form:  /s/  )
                          AUSA C. Y. WONG

INDICTMENT                             3