| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 9 | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Frank Justiliano | | | REPORTER/FTR<br>10:03 - 10:12 | |
| MAGISTRATE JUDGE<br>Hon. Wayne D. Brazil | | DATE<br>7/24/08 | | NEW CASE<br>☐ | CASE NUMBER<br>CR-08-00482-CW | |

### APPEARANCES

| DEFENDANT<br>Cruz Humberto Alejandre-Corona | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Angela Hansen | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Christine Wong | | INTERPRETER<br>Not used | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Ameila Berthelsen | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>Indictment | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☒ GUILTY | ☐ GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>8/6/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:00 p.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>Claudia Wilken | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Detention hearing waived w/o prejudice. Bail hrng. postponed to allow deft. to discuss case with counsel. Discovery to be provided by today. Time excluded from now to 8/6/08.
cc: WDB stats, CRD-Judge Wilken, Pretrial

DOCUMENT NUMBER:

Department of Homeland Security
Immigration and Customs Enforcement

# Immigration Detainer - Notice of Action

|  |
|---|
| File No. |
| **A78 056 347** |
| Date: July 24, 2008 |

| To: (Name and title of institution) | From: (INS office address) |
|---|---|
| CUSTODIAN OF RECORDS, HOLDS/WARRANTS/DETAINERS US MARSHAL SERVICE, STATE PRISONS, CITY/COUNTY JAIL, CALIFORNIA DEPARTMENT OF CORRECTIONS OR ANY OTHER SUBSEQUENT LAW ENFORCEMENT AGENCY | U.S. Department of Homeland Security Immigration and Customs Enforcement 630 Sansome Street, 5th Floor San Francisco, CA  94111 |

Name of alien:    ALEJANDRE-Corona, Cruz Humberto; aka: Cruz CORONA, Cruz ALEJANDRE, Roberto RAMEREZ, Alejandre CRUZ, Roberto RAMIREZ, Marcos RANMIREZ, Santiago H. Cordova

Date of birth:  3/17/1979           Nationality:  Mexico              Sex:  Male

**You are advised that the action noted below has been taken by the Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☒  Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐  A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)

☐  A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)

☐  Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒  Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling   415    844-5512   during business hours or   415    844-5549   after hours in an emergency.

☒  Please complete and sign the bottom block of the duplicate of this form and return it to this office.  ☒ A self-addressed stamped envelope is enclosed for your convenience.    ☒ Please return a signed copy via facsimile to  415    844-5682   .
(Area code and facsimile number)

Return fax to the attention of    Polly Kaiser     at   415    844-5671   .
(Name of INS officer handling case)        (Area code and phone number)

☒  Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒  Notify this office in the event of the inmate's death or transfer to another institution.
☐  Please cancel the detainer previously placed by this Service on _____.

_Polly Kaiser #3149_                                                           Deportation Officer
(Signature of INS official)                                                          (Title of INS official)

**Receipt acknowledged:**

Date of latest conviction: _____   Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N