1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ALEJANDRE-CORONA

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,        )    No. CR-08-0482 CW
                                    )
12         Plaintiff,               )    **STIPULATION AND [PROPOSED]**
                                    )    **ORDER CONTINUING STATUS**
   vs.                              )    **HEARING**
13                                  )
   CRUZ ALEJANDRE-CORONA,           )    Hearing Date: August 6, 2008
14                                  )    Requested Date: September 3, 2008
           Defendant.               )
15 _____ )

16         It is hereby stipulated between the parties that the status hearing date of August 6, 2008

17 should be continued to September 3, 2008 at 2:00 p.m.  The parties further stipulate and agree

18 that time should be excluded between August 6, 2008 until September 3, 2008 because counsel

19 for Mr. Alejandre needs time to review the discovery in this case.   This is a new illegal reentry

20 case.  Mr. Alejandre was arraigned on July 24, and government counsel produced discovery last

21 week.  Because counsel for Mr. Alejandre recently received the discovery, she needs time to

22 review these materials and to meet with Mr. Alejandre.

23         The parties agree that the ends of justice served by the continuance requested herein

24 outweigh the best interest of the public and the defendant in a speedy trial because the failure to

25 grant the continuance would deny counsel for the defendant the reasonable time necessary for

26 effective preparation, taking into account the exercise of due diligence.  Time should therefore be

1   excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

2   August 5, 2008                         _____/S/_____
                                           ANGELA M. HANSEN
3                                          Assistant Federal Public Defender

4
                                                   /S/
5   August 5, 2008                         _____
                                           CHRISTINE WONG
6                                          Assistant United States Attorney

7
        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
8   within this efiled document.              _/S/ ANGELA M. HANSEN_

9   _____

10

11                                   **ORDER**

12          Based on the reasons provided in the stipulation of the parties above, the Court hereby

13  finds that the ends of justice served by the continuance requested herein outweigh the best

14  interest of the public and the defendant in a speedy trial because the failure to grant the

15  continuance would deny the counsel for the defendant the reasonable time necessary for effective

16  preparation, taking into account the exercise of due diligence.  The Court makes this finding

17  because defense counsel needs time to review the discovery in this case.

18          Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of

19  August 6, 2008 be continued to September 3, 2008 at 2:00 p.m. and that time be excluded from

20  August 6, 2008 to September 3, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

21          IT IS SO ORDERED.

22

23  _____              _____
    Date                                      HON. CLAUDIA WILKEN
24                                            United States District Judge

25

26