BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALEJANDRE-CORONA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0482 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS HEARING** |
| vs. ) | |
| ) | Hearing Date: August 6, 2008 |
| CRUZ ALEJANDRE-CORONA, ) | Requested Date: September 3, 2008 |
| ) | |
| Defendant. ) | |
| _____ ) | |

    It is hereby stipulated between the parties that the status hearing date of August 6, 2008 should be continued to September 3, 2008 at 2:00 p.m. The parties further stipulate and agree that time should be excluded between August 6, 2008 until September 3, 2008 because counsel for Mr. Alejandre needs time to review the discovery in this case. This is a new illegal reentry case. Mr. Alejandre was arraigned on July 24, and government counsel produced discovery last week. Because counsel for Mr. Alejandre recently received the discovery, she needs time to review these materials and to meet with Mr. Alejandre.

    The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Time should therefore

be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

August 5, 2008                                        _____/S/_____
                                                      ANGELA M. HANSEN
                                                      Assistant Federal Public Defender

                                                      /S/
August 5, 2008                                        _____
                                                      CHRISTINE WONG
                                                      Assistant United States Attorney

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ ANGELA M. HANSEN

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because defense counsel needs time to review the discovery in this case.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of August 6, 2008 be continued to September 3, 2008 at 2:00 p.m. and that time be excluded from August 6, 2008 to September 3, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

8/5/08                                                *Claudia Wilken* (signature)

_____                                     _____
Date                                                  HON. CLAUDIA WILKEN
                                                      United States District Judge