UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson (pro tem)**
**Date: 9/3/08**

**Plaintiff:**  United States

**v.**                                                  **No.**  CR-08-00482 CW
                                                                 CR-05-00347 CW

**Defendant:**  Cruz Humberto Alejandre-Corona (present - in custody)


**Appearances for Plaintiff:**
Christine Wong

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


Hearing:  Trial Setting

**Notes:**    This was the first appearance before District Judge for defendant.  Parties tried to work out disposition, but it was disapproved by government.  Defense is seeking immigration tapes. **Case continued to 10/1/08 at 2:00 p.m. for disposition or motions setting or trial setting.**  Time excluded for additional discovery and effective preparation.

   Defendant also has supervised release violation pending. Counsel to submit stipulation to unseal petition.  Ms. Hansen will be substituting in as counsel for the supervised release violation. **Supervised release violation also continued to 10/1/08 at 2:00 p.m.**

Copies to: Chambers; probation